**IN THE UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

IN PROCEEDINGS:

26-10785

DEBTOR(S):

Rachel Lee Agosto

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 3 IN THE AMOUNT OF $1,908.48

CREDITOR'S SIGNATURE:

*/s/ Alexica Marche' Thomason*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

4/6/2026