IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

26-10785

DEBTOR(S):

Rachel Lee Agosto

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 2 IN THE AMOUNT OF $1,844.73

CREDITOR'S SIGNATURE:

*/s/ Alexica Marche' Thomason*

CREDITOR CONTACT INFO:

MERRICK BANK

Resurgent Capital Services

PO Box 10368

Greenville, SC 29603

(866) 572-0265

DATE:

4/6/2026